UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ISHMAEL K. WHITAKER,

    Plaintiff,

v.                                      Case No. 3:22cv2114-LC-HTC

J MILLER,
JOHN DOE,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on May 10, 2022 (ECF No. 10), recommending dismissal based on Plaintiff's failure to truthfully disclose his litigation history and failure to comply with Court orders. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 10) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious due to Plaintiff's failure to truthfully disclose his litigation history and failure to comply with Court orders.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 13th day of June, 2022.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv2114-LC-HTC